IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:  
**WADE YBARZABAL**

DEBTOR(S)

CASE NUMBER:  
**14-12683**  
SECTION: A

CHAPTER 7  
LIQUIDATION

## TRUSTEE'S INTERIM REPORT

1. Action to be taken to conclude administration of estate:  
   **DEBTOR HAS INTEREST IN INHERITANCE. TRUSTEE IS LOOKING INTO THE VALUE OF THIS. DERBES LAW FIRM EMPLOYED.**

2. Total funds deposited into the Trustee's bank account:  
   **$0.00**

3. Amount and nature of bond:  
   **$34,001.83, Blanket Bond Coverage**

4. Expected date of filing a Trustee's Final Report:  
   **12/31/2020**

DATE: 08/13/2019

Respectfully submitted,

/s/ Michael Chiasson  
**Michael Chiasson**  
**Chapter 7 Trustee**  
P.O. Box 1666  
Mandeville LA 70470  
(985) 674-9848  
mikesfigment@bellsouth.net